

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2015

No. 04-14-00811-CV

Randy **COLEMAN** and Jim Coleman Company,
Appellants

v.

Ralph **DEAN**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-04-49987-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

The appellant, Randy Coleman's, motion for extension of time to file rehearing en banc is GRANTED.  Randy Coleman's motion for rehearing en banc is due on October 19, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court